# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT

| | |
|---|---|
| HALLMARK AMERICAN INSURANCE COMPANY, a corporation,<br><br>Plaintiff<br>v.<br><br>TOM WASSON, dba TOM'S AIRCRAFT ENTERPRISES, RONALD C. BROYLES, JEAN O. BROYLES, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 15-CV-05536-RS<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANT, TOM WASSON, DBA TOM'S AIRCRAFT ENTERPRISES, WITHOUT PREJUDICE, ONLY** |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that Defendant, TOM WASSON, dba TOM'S AIRCRAFT ENTERPRISES, only, is hereby is dismissed without prejudice.

DATED: 2/11/16

_____
HONORABLE JUDGE OF THE
U.S. DISTRICT COURT

1
[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL