GERALD C. STERNS (State Bar No. 029976)
STERNS & WALKER
825 Washington Street, Suite 305
Oakland, CA 94607
Telephone: (510) 267-0500
Facsimile:  (510) 267-0506
Email: sterns@trial-law.com

Attorneys for Defendants' Broyles

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| HALLMARK AMERICAN INSURANCE COMPANY, a corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TOM WASSON, dba TOM'S AIRCRAFT ENTERPRISES; RONALD C. BROYLES, JEAN O. BROYLES, and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No. 3:15-cv-05536 <br><br> **STIPULATION TO RESET MOTION FOR SUMMARY JUDGMENT RESPONSE, REPLY AND HEARING DATES AND ~~PROPOSED~~ ORDER THEREON** |

Plaintiff Hallmark American Insurance has filed a Motion for Summary Judgment, now set on the Court's calendar for Hearing on July 21, 2016, at 1:30 p.m. The Court set a Response and Reply schedule (please see Attached) as follows: Defendants Broyles' Response due June 30, 2016; Plaintiff Hallmark Reply due July 7, 2016. Counsel for the Parties have met and conferred and agree that in view of the issues that need to be fully briefed and addressed on behalf of both sides in this Motion, this schedule does not provide adequate time. Putting all dates back at least thirty (30) days should provide adequate time so that all issues may be fully

addressed. The Parties therefore present this Joint Stipulation for an Order resetting the schedule as follows:

Defendants Broyles' Response will now be due on August 1, 2016; Replies will now be due on August 8, 2016.

Hearing to be reset at some date thereafter, in accordance with the Court's calendar. Counsel note that on the original setting, the Hearing was set for July 21, 2016, two weeks after due date for Plaintiff Reply. Using same timing on new setting, Counsel would anticipate the Hearing on Plaintiff's Motion for Summary Judgment would be set for some time on or after August 22, 2016.

IT IS FURTHER STIPULATED that the trial date in this matter be continued for 30 days from the date of September 26, 2016 until October 26, 2016 or as soon thereafter as the court may set.

It is so Stipulated:

Dated: 6/20/16

WORTHE, HANSON & WORTHE

BY _____
John R. Hanson
Attorneys for Plaintiffs

Dated: 21 June 2016

STERNS & WALKER

BY _____
Gerald C. Sterns
Attorneys for Defendants Broyles

////

## [~~PROPOSED~~] ORDER

Good Cause Appearing Therefore, IT IS SO Ordered.

The new hearing date on Plaintiff Hallmark American Insurance Company's Motion for Summary Judgment is now set for September 1, 2016; Responses will now be due on August 1, 2016; replies due on August 8, 2016.

IT IS FURTHER ORDERED that the trial in this matter is now set for January 9, 2017, with a Pretrial Conference on December 15, 2016 at 10:00 a.m.

Dated: 6/21/16

_____
Judge of the USDC, Northern District
Of California