**WORTHE HANSON & WORTHE**
A Law Corporation
1851 East First Street, Ninth Floor
Santa Ana, California 92705
Telephone (714) 285-9600
Facsimile (714) 285-9700
jhanson@whwlawcorp.com

JOHN R. HANSON, SBN 149794

Attorneys for Plaintiff, HALLMARK AMERICAN INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT

| | |
|---|---|
| HALLMARK AMERICAN INSURANCE COMPANY, a corporation,<br><br>Plaintiff<br><br>v.<br><br>TOM WASSON, dba TOM'S AIRCRAFT ENTERPRISES, RONALD C. BROYLES, JEAN O. BROYLES, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 15-CV-05536-RS<br><br>**PARTIES' STIPULATION RE: AUTHENTICITY AND ADMISSIBILITY OF DOCUMENTS AND [PROPOSED] ORDER THEREON**<br><br>[Local Rules, Rule 7 - 12] |

   Plaintiff, Hallmark American Insurance Company ("Hallmark") and Defendants Ronald C. Broyles and Jean O. Broyles (collectively, "Broyles") hereby stipulate as follows:

   1.   The document attached hereto as Exhibit "A," is a true and correct copy of Plaintiff Hallmark's policy of Broad Form Airport Liability Insurance issued to Defendant Tom Wasson dba Tom's Aircraft Enterprises, bearing policy number AP99-07302-01, providing coverage for the policy period beginning August 22, 2011 and ending August 22, 2012.

   2.   The parties stipulate that Exhibit "A" is authentic and admissible and may

be considered by the Court in connection with the bench trial in this matter without the need for any further testimony.

3. The document attached hereto as Exhibit "B," is a true and correct copy of the underlying Complaint in this matter, entitled. "Ronald C. Broyles and Jean O. Broyles v. Tom's Aircraft Enterprises, et al." San Francisco Superior Court Case Number CGC-13-533570, filed August 15, 2013.

4. The parties stipulate that Exhibit "B" is authentic and admissible and may be considered by the Court in connection with the bench trial in this matter without the need for any further testimony.

This Stipulation may be signed in counterparts. A photocopy, facsimile copy or machine generated copy of any signature shall be valid as an original.

DATED: January ____, 2017           **WORTHE HANSON & WORTHE**

                                    By: _____/s/JOHN R. HANSON_____
                                        JOHN R. HANSON, ESQ.
                                        Attorneys for Plaintiff, HALLMARK
                                        AMERICAN INSURANCE COMPANY

DATED: January ____, 2017           **STERNS & WALKER**

                                    By: _____/S/GERALD C. STERNS_____
                                        GERALD C. STERNS, ESQ.
                                        Attorneys for Defendants, RONALD C.
                                        BROYLES AND JEAN O. BROYLES

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: 1/31/17                      THE HONORABLE JUDGE RICHARD SEEBORG