WORTHE HANSON & WORTHE
1851 EAST FIRST ST., NINTH FLOOR
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 285-9600

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT - SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| HALLMARK AMERICAN INSURANCE COMPANY, a corporation,<br><br>Plaintiff<br><br>v.<br><br>TOM WASSON, dba TOM'S AIRCRAFT ENTERPRISES, RONALD C. BROYLES, JEAN O. BROYLES, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 15-CV-05536-RS<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL |

**GOOD CAUSE APPEARING AND PURSUANT TO THE STIPULATION BETWEEN THE PARTIES:**

**IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice pursuant to *Federal Rule of Civil Procedure* 41(a)(1).

DATED: 5/11/2017

_____
HONORABLE JUDGE OF THE
U.S. DISTRICT COURT